UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KIMBERLY ALLEN                                    JURY TRIAL DEMANDED

v.                                                CASE NO.  3:09CV

HOLLANDER LAW OFFICES, LLC

<u>COMPLAINT</u>

1.  Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2.  The Court has jurisdiction. l5 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3.  Plaintiff is a natural person who resides in CT.

4.  Plaintiff is a consumer within the FDCPA.

5.  Defendant is a debt collector within the FDCPA.

6.  Defendant has a place of business at PO Box 105130, Atlanta GA 30348-5130 which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff by letter dated December 24, 2008, in an effort to collect a disputed personal account with Worldwide Asset Purchasing II LLC originating with GE Capital Corp.

FIRST COUNT

7.  In the collection efforts, defendant violated the FDCPA, inter alia, § 1692d, -e, f, or -g.

SECOND COUNT

8. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a 645 et seq., or the Consumer Collection Agency Act, § 36a 800 et seq. Conn. Gen. Stat.

9. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under each of the FDCPA or CUTPA for each communication against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
       JOANNE S. FAULKNER ct04137
       123 Avon Street
       New Haven, CT 06511-2422
       (203) 772-0395
       faulknerlawoffice@snet.net